IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND MAX SNYDER,
Appellant,
vs.
LAUARA ANN SNYDER,
Respondent.

No. 82243

**FILED**

JAN 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was docketed on December 21, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Chief Judge, Fourth Judicial District Court
Hon. Robert E. Estes, Senior Judge
Raymond Max Snyder
Woodburn & Wedge
Elko County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-01252